STATE, AARON W. DAVIS, PROSECUTOR, v. MICHAEL H RAPP, COLLECTOR OF THE TOWNSHIP OF OXFORD, IN THE COUNTY OF WARREN.

Notices for special school meeting to raise special school taxes, should be put up at least ten days before the time of meeting.

On *certiorari* to review assessment of special school tax.

Argued at June Term, 1881, before Justices DIXON and PARKER.

For the prosecutor, *L. Dewitt Taylor.*

For the defendant, *Nicholas Harris.*

The opinion of the court was delivered by

PARKER, J.   In the year 1881, the prosecutor was assessed for a special school tax, in School District No. 33, in said township.

The special meeting to vote on the amount to be assessed, was held June 9th, 1880.   The notices for the meeting were put up less than ten days before the meeting was held.

The statute requires ten days' notice to be given.

It is not necessary to consider the other reasons urged by the prosecutor.

The assessment against the prosecutor is set aside, with costs.